# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 2, 2025

*By the Court:*

| Nos. 25-2461 & 25-2487 | AMERICAN ALLIANCE FOR EQUAL RIGHTS, <br>   Plaintiff - Appellant <br>and <br>UNITED STATES OF AMERICA, <br>   Intervening Plaintiff - Appellant <br>v. <br>STATE OF ILLINOIS, et al., <br>   Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:25-cv-00669 <br> Northern District of Illinois, Eastern Division <br> District Judge Sharon Johnson Coleman | |

Upon consideration of the **UNOPPOSED MOTION FOR STAY OF BRIEFING SCHEDULE**, filed on October 1, 2025, by counsel for the United States,

**IT IS ORDERED** that the request for a stay of briefing is **DENIED**, but counsel for the United States is **GRANTED** a two-week extension of time. Briefing in the appeal will proceed as follows:

  1.  The briefs and required short appendices of the appellants are due by October 20, 2025.

  2.  The brief of the appellees is due by November 19, 2025.

  3.  The reply briefs of the appellants, if any, are due by December 10, 2025.

This briefing schedule is subject to extension if, prior to the expiration of the two weeks, counsel for the United States certifies that the President or the Attorney General has

-over-

concluded that the activities of that office are non-essential, for purposes of the Anti-Deficiency Act, and thus that counsel has been barred by law from satisfying his responsibilities to the court.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).