Nos. 25-2461, 25-2487 (consol.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| Plaintiff-Appellant, | |
| and | |
| UNITED STATES OF AMERICA, | No. 1:25-cv-00669 |
| Intervening Plaintiff-Appellant, | |
| v. | The Honorable SHARON JOHNSON COLEMAN, Judge Presiding. |
| STATE OF ILLINOIS; JAMES BENNETT, in his official capacity as Director of the Illinois Department of Human Rights; KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois; ALEXI GIANNOULIAS, in his official capacity as Secretary of State of the State of Illinois; and JB PRITZKER, in his official capacity as Governor of the State of Illinois, | |
| Defendants-Appellees. | |

**MOTION FOR EXTENSION OF TIME TO FILE A BRIEF**

Defendants-Appellees State of Illinois, James Bennett, Kwame Raoul, Alexi Giannoulias, and JB Pritzker move this Court to extend the time for filing their response brief in this matter. Currently, that brief is due to be filed on February 19, 2026. Defendants request a 32-day extension to and including Monday, March

23, 2026. The declaration of Sarah A. Hunger, Deputy Solicitor General, is attached in support of this motion.

          Respectfully submitted,

          KWAME RAOUL
          Attorney General
          State of Illinois

By:   /s Sarah A. Hunger
      SARAH A. HUNGER
      Deputy Solicitor General
      115 South LaSalle Street
      Chicago, Illinois 60603
      (312) 814-5202 (office)
      (312) 771-3885 (cell)
      Sarah.Hunger@ilag.gov

# DECLARATION

I, SARAH A. HUNGER, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago, Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would competently testify thereto.

2. I am the Deputy Solicitor General in the Illinois Office of the Attorney General and have been assigned to represent Defendants-Appellees State of Illinois, James Bennett, Kwame Raoul, Alexi Giannoulias, and JB Pritzker in these consolidated appeals, Nos. 25-2461, 25-2487.

3. Defendants' response brief is due to be filed on February 19, 2026, on three extensions of time. The first motion for an extension of time was granted on November 13, 2025, and extended the time to file the brief by 30 days. 7th Cir. Doc. 23. The second motion for an extension of time was granted on December 11, 2025, and extended the time to file the brief by 32 days. 7th Cir. Doc. 25. The third motion for an extension of time was granted on January 13, 2026, and extended the time to file the brief by 30 days. 7th Cir. Doc. 27.

4. This motion is being made at least seven days before the response brief's due date, as required by Circuit Rule 26.

5. Although I have begun to review the record and research the issues involved, I will be unable to complete the draft, have the draft reviewed through the

regular review process, finalize the draft, and file the brief with this court by February 19, 2026.

6. As Deputy Solicitor General, I devote substantial time to performing supervisory and administrative duties in addition to managing my own caseload. These duties include reviewing briefs, managing the office's appellate amicus docket, reviewing multistate litigation requests, and helping attorneys prepare for oral arguments.

7. For example, I am currently supervising attorneys on several cases with upcoming briefing deadlines, including: a brief in opposition in *Schoenthal v. Raoul*, No. 25-541, which is due to be filed in the U.S. Supreme Court on February 17, 2026; a combined responsive and opening brief in *Mathews v. State of Illinois*, No. 25-2182, 25-2312, which is due to be filed in this court on March 6, 2026; a responsive brief in *Chapman v. DCFS*, No. 1-25-0599, which is due to be filed in the Illinois Appellate Court on March 16, 2026; and a responsive brief in *Fortner v. Illinois State Police*, No. 1-25-1182, which is due to be filed in the Illinois Appellate Court on March 17, 2026.

8. I have also devoted substantial time this week to drafting portions of and assisting in the preparation of a complaint and emergency motion for a temporary restraining order filed earlier today, February 11, 2026, in *Illinois v. Vought*, No. 26-cv-1566 (N.D. Ill.).

9. Additionally, I have been responsible for drafting portions of and supervising several multistate amicus briefs, including a brief in support of respondent in *Flowers Foods v. Brock*, No. 24-935, which was filed in the Supreme Court on January 22, 2026, and a brief in support of the appellees in *Welty v. Brock*, Nos. 25-5738 and 25-5739, which was filed in the Sixth Circuit on February 4, 2026.

10. Finally, I have drafted numerous briefs in the litigation challenging the federalization and deployment of the National Guard in Illinois and remain involved in the ongoing proceedings before the district court. *See State of Illinois v. Trump*, No. 1:25-cv-12174 (N.D. Ill.). The State's response to defendants' motion to dismiss the complaint is due on March 10, 2026.

11. On February 10, 2026, I gave notice to counsel for Plaintiff-Appellant and Intervening Plaintiff-Appellant, by providing a copy of this motion before it was filed with this Court. Plaintiff-Appellant takes no position on this motion, and Intervening Plaintiff-Appellant opposes.

12. I do not request this 32-day extension of time from February 19, 2026, until Monday, March 23, 2026, to file the brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this Court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed February 11, 2026.

/s Sarah A. Hunger
SARAH A. HUNGER
Deputy Solicitor General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5202 (office)
(312) 771-3885 (cell)
Sarah.Hunger@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

  I hereby certify that on February 11, 2026, I electronically filed the foregoing Motion for Extension of Time to File a Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

              <u>/s/ Sarah A. Hunger</u>
              SARAH A. HUNGER