# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

November 18, 2026

Before
DAVID F. HAMILTON, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| Nos. 25-2461 & 25-2487 | AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>Plaintiff - Appellant<br>and<br><br>UNITED STATES OF AMERICA,<br>Intervening Plaintiff - Appellant<br>v.<br><br>STATE OF ILLINOIS, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-00669<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman | |

We **REVERSE** the district court's dismissal of the United States' and the Alliance's complaints, **VACATE** the denial of both parties' preliminary injunctions, and **REMAND** for further proceedings consistent with this opinion. The above is in accordance with the decision of this court entered on this date. Each party bears its own costs.

Clerk of Court